JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. HILDRETH and TARYN N. HILDRETH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SIERRA MADRE, a Municipal Corporation, ELAINE I. AGUILAR, RICHARD C. TEMPLE, DANNY CASTRO, WILLIAM LITVAK, CHARLENE J. WYNDER, DAVID PASTERNAK, and Does 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-10339-PSG-CW<br><br>[Proposed] **JUDGMENT**<br><br>Complaint Filed: December 3, 2012 |

1

[Proposed] JUDGMENT

WHEREAS this Court on September 26, 2013, granted the following motions: Defendants CITY OF SIERRA MADRE, ELAINE I. AGUILAR, RICHARD C. TEMPLE, DANNY CASTRO, WILLIAM LITVAK, and CHARLENE J. WYNDER's Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP 12(b)(1) as to Plaintiffs' JEFFREY M. HILDRETH and TARYN N. HILDRETH's takings claim in Plaintiffs' First Amended Complaint; Defendants CITY OF SIERRA MADRE, ELAINE I. AGUILAR, RICHARD C. TEMPLE, DANNY CASTRO, WILLIAM LITVAK, and CHARLENE J. WYNDER's Motion for Judgment on the Pleadings Pursuant to FRCP 12(c) as to Plaintiffs' First Amendment and Due Process Claims in Plaintiffs' First Amended Complaint, without leave to amend; and, Defendant DAVID PASTERNAK's Motion for Judgment on the Pleadings Pursuant to FRCP 12(c), without leave to amend;

WHEREAS, there are no remaining claims against Defendants or any of them and Defendants CITY OF SIERRA MADRE, ELAINE I. AGUILAR, RICHARD C. TEMPLE, DANNY CASTRO, WILLIAM LITVAK, CHARLENE J. WYNDER, and DAVID PASTERNAK being entitled to judgment;

IT IS HEREBY FURTHER DECREED, ORDERED AND ADJUDGED:

Plaintiffs shall recover nothing on their First Amended Complaint.

The First Amended Complaint and each cause of action stated therein are hereby dismissed.

Defendants shall recover their costs.

**IT IS SO ORDERED.**

Dated: October 2, 2013

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Court Judge

| | |
|---|---|
| 1 | Prepared and submitted by: |
| 2 | William Litvak, Esq. (Bar No. 90533) |
| 3 | Charlene J. Wynder, Esq. (SBN 260935) |
| 4 | DAPEER, ROSENBLIT & LITVAK, LLP |
| | 11500 W. Olympic Boulevard, Suite 550 |
| 5 | Los Angeles, California 90064 |
| 6 | Telephone: (310) 477-5575 |
| 7 | Facsimile: (310) 477-7090 |
| 8 | Attorneys for Defendants CITY OF SIERRA MADRE, ELAINE I. AGUILAR, |
| 9 | RICHARD C. TEMPLE, DANNY CASTRO, WILLIAM LITVAK, AND |
| 10 | CHARLENE J. WYNDER |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[Proposed] **JUDGMENT**